UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Giselle Nevarez, et al.
                              Plaintiff,

v.                                                Case No.: 1:24−cv−02447
                                                        Honorable Manish S. Shah

High Heels Dancing Co., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

       MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion for conditional certification and issuance of notice [22] is granted. Defendants have not objected, waiving any opposition to the motion. Plaintiffs have demonstrated, for purposes of this preliminary stage, that a common practice of not classifying members of the proposed collective as employees and of requiring certain payments by members of the proposed collective applied to similarly situated workers. Misclassification claims are often amenable to collective action. The court approves plaintiffs' proposed notice and opt−in form. A 90−day opt in period is appropriate, given the high turnover rate among workers. A reminder notice at day 45 is also appropriate for the same reason. The court will decide whether any tolling of the statute of limitations applies to any opt−in plaintiff after the opt−in period closes. Defendants shall provide a list of individuals who worked as exotic dancers for High Heels Dancing Co., d/b/a High Heels Gentlemen's Club, f/k/a High Heels Saloon & Gentlemen's Club, and Konstantinos Mathioudakis, at any time from 3/25/2021 to the present. Defendants shall include any known contact information, including address, email address, mobile phone number, and social media handles for the potential opt−ins. Defendants shall produce the information by 8/29/24. Plaintiff may send notice by mail, email, text message, and social media. The parties' status report remains due 9/4/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.