IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GISELLE NEVAREZ, et al., | ) |
| | ) No. 1:24-cv-2447 |
| Plaintiffs, | ) |
| | ) Hon. Judge Manish S. Shah |
| v. | ) |
| | ) Hon. Mag. Judge Jeffrey T. Gilbert |
| HIGH HEELS DANCING CO., et al., | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Wayne B. Giampietro, LLC
840 Audobon Way
Unit 116
Lincolnshire, Illinois, 60069
Wayne B. Giampietro
wgiampietro@giampietrolaw.com

Please take notice that on, that on Thursday, September 19, 2024, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Motion to Enforce this Court's Order, to Compel Discovery, for Discovery Sanctions, to Stay the Notice and Opt-In Period, and to Equitably Toll the Statute of Limitations, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Manish S. Shah, or any judge sitting in his stead in the courtroom usually occupied by her in the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on Tuesday, September 24, at 11:30 a.m., or as soon thereafter as counsel may be heard.

1

Dated:  September 19, 2024

                            Respectfully submitted,

                            */s/     Max Barack*

The Garfinkel Group, LLC                    One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991

CERTIFICATE OF SERVICE

  I, Max Barack, hereby certify that on September 19, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                            */s/  Max Barack*

The Garfinkel Group, LLC           One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991