UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GISELLE NEVAREZ, et al., Plaintiffs, v. HIGH HEELS DANCING CO. and KONSTANTINOS MATHIOUDAKIS, Defendants. | No. 24 CV 2447 Judge Manish S. Shah |

## ORDER

While the court considers the full relief requested by plaintiffs' motion to compel, defendants shall produce and comply with the following:

Defendants shall produce all cell phones, tablets, and computers used to conduct any business operations on behalf of High Heels Dancing Co./High Heels Gentlemen's Club/High Heels Saloon & Gentlemen's Club to counsel for plaintiffs for forensic imaging by 9/27/24. Plaintiffs' counsel shall arrange for the imaging and then return the original devices to defense counsel promptly. The costs of processing and imaging defendants' devices will be borne by plaintiffs, for now. The court will resolve the issue of fees and costs after resolving the motion to compel in its entirety.

Defendants must produce to plaintiffs' counsel all user IDs and passwords for any email account, social media account (including Instagram and Facebook), and messaging account (including mobile phone and WhatsApp) for any account used on behalf of High Heels Dancing Co., High Heels Gentlemen's Club, or High Heels Saloon & Gentlemen's Club. Defendants shall disclose the user IDs and passwords by 9/27/24. Upon disclosure, defendants must not change the passwords, and plaintiffs' counsel must not change the passwords. The disclosure of user IDs and passwords is attorney's eyes only, and plaintiffs' counsel must not disclose the user IDs and passwords to any client. Plaintiffs' counsel shall use the access to defendants' accounts solely for the purpose of identifying potential opt-ins, and shall not communicate with any person directly from the defendants' accounts or interfere with defendants' business operations.

Defendants must post a notice in the dressing room used by dancers advising potential opt-ins of this litigation and the opportunity to opt in. The notice shall take the form proposed by plaintiff at [22-1] at 3. The sentence advising opt-ins of the

deadline to return a consent form shall be revised to state: "In order to participate in the case, and obtain a portion of any judgment or settlement that may be entered in the dancers' favor, you must complete and return a consent form to the address below. The court has not set a deadline to submit a consent form but expects to set a deadline before December 31, 2024." The sentence starting, "If you do not return the enclosed consent form…" must be revised to state, "If you do not return a consent form, you will not be considered part of this case and will be unable to receive a share of any settlement or judgment that the plaintiffs may obtain." Plaintiff shall prepare the notice, no larger than a single 18″x24″ poster, and provide it to defense counsel. Defendants must post the notice in a conspicuous spot in the dressing room by 9/27/24.

ENTER:

Date: September 24, 2024

_____
Manish S. Shah
U.S. District Judge