IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GISELLE NEVAREZ, et al., | ) |
| | ) No. 1:24-cv-2447 |
| Plaintiffs, | ) |
| | ) Hon. Judge Manish S. Shah |
| v. | ) |
| | ) Hon. Mag. Judge Jeffrey T. Gilbert |
| HIGH HEELS DANCING CO., et al., | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Wayne B. Giampietro, LLC
840 Audobon Way
Unit 116
Lincolnshire, Illinois, 60069
Wayne B. Giampietro
wgiampietro@giampietrolaw.com

Please take notice that on, that on Tuesday, October 1, 2024, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Motion for Civil Contempt, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Manish S. Shah, or any judge sitting in his stead in the courtroom usually occupied by her in the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on Tuesday, October 8, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard.

Dated:  October 1, 2024

Respectfully submitted,

/s/   Max Barack

One of the Plaintiffs' Attorneys

The Garfinkel Group, LLC
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991

1

CERTIFICATE OF SERVICE

      I, Max Barack, hereby certify that on October 1, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             /s/    *Max Barack*

The Garfinkel Group, LLC                                      One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991