**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**

Giselle Nevarez, et al.
                                                  Plaintiff,

v.                                                                                  Case No.: 1:24–cv–02447
                                                                                  Honorable Manish S. Shah

High Heels Dancing Co., et al.
                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, plaintiff's motion for civil contempt [40] is granted in part and taken under advisement in part. Defendants are ordered to turn over defendants' devices to plaintiffs' counsel. Plaintiff's counsel shall take custody of the devices and make arrangements for forensic imaging and search of the imaged data to identify members of the certified collective action. The costs of the forensic imaging shall initially be borne by plaintiffs. Plaintiff's counsel must return the original devices to defense counsel within 24 hours of forensic imaging. The court does not authorize a search of the data for any information other than identity and contact information of members of the certified collective. Defendants must also: 1) disclose to plaintiff's counsel every email address used by defendants, including Defendant Mathioudakis, for the period of the last three years, including any information necessary to login to those accounts, such as answers to security questions or the means to comply with two–factor authentication; and 2) provide any additional information necessary for plaintiff's counsel to access previously disclosed online or social media accounts. Defendants must comply by 5:00 p.m. today. The notice and opt–in period is extended to 1/31/25. In addition to this relief ordered in open court, the court further authorizes plaintiffs to conduct a social media campaign designed to notify members of the certified collective of the existence of this action and the ability to opt in. Defendants shall pay the costs of the social media campaign, but if plaintiffs' campaign incurs unreasonable costs, defendants may object and the court may relieve defendants of the burden to pay. In other words, the court is not giving plaintiffs a blank check and the social media campaign must be reasonably targeted to reach the collective. Plaintiffs shall file a status report advising the court of defendants' compliance with this order by 10/29/24. Finally, the court awards plaintiffs the attorney's fees and costs associated with preparing and litigating the 9/19/24 motion to compel, [34], and the 10/1/24 motion for civil contempt (except for the costs of forensic imaging), [40]. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.