# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

Giselle Nevarez, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:24–cv–02447
                                                         Honorable Manish S. Shah

High Heels Dancing Co., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. With no objections, the motion to withdraw [65] is granted. Stephen Daday is terminated as counsel of record for defendants. For the reasons stated in open court, defendant Konstantinos Mathioudakis's motion to vacate [56] and defendant High Heels Dancing Company's motion to vacate [62] are denied. Plaintiffs' motion for an award of fees in a sum certain is due 1/8/25. Defendants' responses are due 1/22/25. The court will advise if a reply is necessary. The court continues to defer shifting the costs of device imaging. Continued status hearing is set for 1/21/25 at 9:30 a.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.